UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RONALD O. OHLSSON                                              CIVIL ACTION

VERSUS                                                         NO. 11-1805

SHERIFF NEWELL NORMAND,                                        SECTION "J"(3)
INDIDIVIDUAL, OFFICIAL CAPACITY, ET AL.

**O R D E R**

The Court, having considered the complaint (Rec. Doc. 1), the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 4), and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's claims against "K-9 Marco" are **DISMISSED WITH PREJUDICE** as frivolous and for otherwise failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 12th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE